**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ADVANCED DYNAMIC INTERFACES, LLC,<br><br>      Plaintiff,<br><br>      v.<br><br>MICROSOFT CORPORATION<br><br>      Defendants. | Civil Action No.: 14-906-GMS |

**SECOND DECLARATION OF THEODORE WIMSATT IN SUPPORT OF MICROSOFT'S MOTION TO TRANSFER VENUE**

I, Theodore Wimsatt, declare as follows:

1. I am an attorney at the law firm of Perkins Coie, LLP, resident in Phoenix, Arizona, and representing Microsoft Corporation in this case. I have personal knowledge of the facts set forth below.

2. Attached hereto as Exhibit 1 is a true and correct copy of the web page http://msdn.microsoft.com/en-us/vstudio/cc136611.aspx retrieved on January 2, 2015.

3. Attached hereto as Exhibit 2 is a true and correct copy of the web page http://msdn.microsoft.com/en-us/vstudio/htmlclient retrieved on January 2, 2015.

4. Attached hereto as Exhibit 3 is a true and correct copy of a document titled "OutSystems® Platform Business Process Technology" retrieved from http://www.outsystems.com/res/AgilePlatformBPTOverviewDataSheet on January 2, 2015.

5. Attached hereto as Exhibit 4 is a true and correct copy of the web page http://www.ironspeed.com/products/Overview.aspx retrieved on January 2, 2015.

- 2 -

      I declare under penalty of perjury that the foregoing is true and correct. Executed on January 5, 2015, in Phoenix, Arizona.

Date: January 5, 2015

_____
Theodore Wimsatt