# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ADVANCED DYNAMIC INTERFACES, LLC,<br><br>　　Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>　　Defendant. | Civil Action No. 1:14-cv-00906-GMS |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Advanced Dynamic Interfaces, LLC ("ADI") and Defendant Microsoft Corporation ("Microsoft") hereby stipulate and request the Court to enter an order that: (i) all of ADI's claims in the above-captioned action shall be dismissed with prejudice and (ii) each party shall bear its own costs, expenses and attorneys' fees.

Dated: July 1, 2015

RICHARDS, LAYTON & FINGER, P.A.
 /s/ Kelly E. Farnan
Kelly E. Farnan (#4395)
920 North King Street
Wilmington, DE 19801
Tel: (302) 651-7705
farnan@rlf.com

*Attorneys for Defendant*
*Microsoft Corporation*

Respectfully submitted,

STAMOULIS & WEINBLATT LLC
 /s/ Stamatios Stamoulis
Stamatios Stamoulis #4606
stamoulis@swdelaw.com
Richard C. Weinblatt #5080
weinblatt@swdelaw.com
Two Fox Point Centre
6 Denny Road, Suite 307
Wilmington, DE 19809
Telephone: (302) 999-1540

*Attorneys for Plaintiff*
*Advanced Dynamic Interfaces, LLC*

IT IS SO ORDERED this ____ day of _____, 2015.

_____
The Honorable Gregory M. Sleet
United States District Judge